IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA HECTOR, as the Personal Representative of the Estate of James Blackwood, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., *et al.*,<br><br>  Defendants. | Case No. CIV-25-382-D |

# ORDER

Plaintiff Lisa Hector, as the Personal Representative of the Estate of James Blackwood, brought this civil rights action under 42 U.S.C. § 1983, alleging violations of Mr. Blackwood's constitutional rights [Doc. No. 1]. Plaintiff named as Defendants The Geo Group, Inc., Michael Boger, DO, Robert Balogh, MD, and Emily Brown. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 2].

On August 27, 2025, the magistrate judge issued Reports and Recommendations [Doc. Nos. 29, 30, & 31], in which she recommended the following motions be denied: Defendant Emily Brown's Motion to Dismiss [Doc. No. 11]; Defendant Robert Balogh's Motion to Dismiss [Doc. No. 15]; and Defendant Michael Boger's Motion to Dismiss [Doc. No. 16].

The case file shows no timely objection to the Reports and Recommendations, nor any request for an extension of time to file an objection.

1

The Court has reviewed the entirety of the Reports and Recommendations, as well as the case record, and fully concurs with the Reports and Recommendations. Therefore, the Court, having conducted a *de novo* review, hereby **ADOPTS** the Reports and Recommendations [Doc. Nos. 29, 30, & 31] in their entirety.

**IT IS THEREFORE ORDERED** that Defendant Emily Brown's Motion to Dismiss [Doc. No. 11] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Robert Balogh's Motion to Dismiss [Doc. No. 15] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Michael Boger's Motion to Dismiss [Doc. No. 16] is **DENIED**.

**IT IS SO ORDERED** this 15th day of September, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge