IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA HECTOR, as the Personal Representative of the Estate of James Blackwood, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. CIV-25-382-D<br>)<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

Plaintiff Lisa Hector, as the Personal Representative of the Estate of James Blackwood, brought this civil rights action under 42 U.S.C. § 1983, alleging violations of Mr. Blackwood's constitutional rights [Doc. No. 1]. Plaintiff named as Defendants The Geo Group, Inc., Michael Boger, DO, Robert Balogh, MD, and Emily Brown. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 2].

On September 23, 2025, the magistrate judge issued a Report and Recommendation [Doc. No. 33], in which she recommended Defendant The Geo Group, Inc.'s Motion to Dismiss [Doc. No. 10] be denied.

The case file shows no timely objection to the Report and Recommendation, nor any request for an extension of time to file an objection.

The Court has reviewed the entirety of the Report and Recommendation, as well as the case record, and fully concurs with the Report and Recommendation. Therefore, the

1

Court, having conducted a *de novo* review, hereby **ADOPTS** the Report and Recommendation [Doc. No. 33] in its entirety.

**IT IS THEREFORE ORDERED** that Defendant The Geo Group, Inc.'s Motion to Dismiss [Doc. No. 10] is **DENIED**.

**IT IS SO ORDERED** this 10th day of October, 2025.

*[signature]*

TIMOTHY D. DeGIUSTI
Chief United States District Judge